UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STONE,<br><br>      Plaintiff,<br><br>   v.<br><br>AIR PRODUCTS AND CHEMICALS, INC.,<br><br>      Defendant. | Case No. 3:20-cv-01627-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

    The parties have advised the Court that all parties have agreed to a provisional settlement. IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED; however, if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

Dated: March 18, 2021

                                    WILLIAM H. ORRICK
                                    United States District Judge